In the Matter of the Application of GEORGE L. JAQUISH, Respondent, for an Order to Punish for Contempt GEORGE W. KELLY.et al., Appellants.

*Matter of Jaquish* v. *Kelly*, 163 App. Div. 926, appeal dismissed.
(Argued November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1914, which affirmed an order of Special Term adjudging the appellants herein guilty of contempt.-

The motion was made on the ground that the order of the Appellate Division was not appeable as matter of right and that permission to appeal had not been obtained.

*Louis M. King* for motion.

*A. G. Patterson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.